■ ANNA M. GOLDMUNTZ, Respondent, v. SYLVAIN GOLDMUNTZ, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ W. T. ROYSTON COMPANY et al., Respondents, v. JOSEPH J. MASCUCH, Appellant.— It seems that compliance by the defendant with the order to produce the voluminous records called for might entail a hardship in the particular circumstances of this case. Order unanimously modified so as to insert the words "and essential" after the word "relevant" and, as so modified, affirmed. Should any controversy arise the Justice presiding in Special Term may make proper directions as required. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ KATHRYN D. WEISS, Respondent, v. JOHN D. WEISS, Appellant.— Order [granting counsel fees] unanimously affirmed with $20 costs and disbursements to the respondent. No opinion. Order entered March 15, 1956, unanimously modified so as to eliminate the provisions thereof adjudging defendant in contempt and fining him (see *Polizotti* v. *Polizotti*, 305 N. Y. 176) and, as so modified affirmed. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of the Accounting of HENRY A. MACCARO et al., as Coadministrators of the Estate of MARIO MARGARIDO, Deceased, Respondents. CONSUMERS FUEL DISTRIBUTING CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of the Arbitration between RED SEAL FOOT FASHIONS, INC., Appellant, and RETAIL, WHOLESALE AND DEPARTMENT STORE UNION, DISTRICT 65-C.I.O., Respondent. AMERICAN ARBITRATION ASSOCIATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to any separate action the appellant may see fit to take to establish that the union is not the proper bargaining agent. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ GRACE R. PHILLIPS v. GEORGE M. PHILLIPS.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, J. P., Rabin, Cox and Frank, JJ. [See *ante*, p. 946.]

■ MAX EISENBERG, Individually and on Behalf of Himself and All Other Stockholders of Central Zone Property Corporation, Similarly Situated, Appellants, v. CENTRAL ZONE PROPERTY CORPORATION, Respondent, et al., Defendants. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Frank, JJ. [See *ante*, p. 819.]

■ FRANK N. MORGENSTERN v. MORRIS COHON.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Bergan, JJ. [See *ante*, p. 330.]

■ ISAAC NEWMAN et al. v. CHARLES GROSS.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See *ante*, p. 947.]

■ FRANKEL INDUSTRIAL CORPORATION v. REYNOLDS METALS COMPANY.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and Bergan, JJ. [See *ante*, p. 880.]

■ MAX EISEN v. JOHN POST, JR., et al., Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ. [See *ante*, p. 344.]